JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR DELRIO,<br><br>       Petitioner-Defendant,<br><br>       v.<br><br>UNITED STATES OF AMERICA,<br><br>       Respondent-Plaintiff. | No.   CV 21-8732 PA<br>         CR 18-686 PA<br><br>JUDGMENT |

Pursuant to the Court's April 5, 2022 Order granting the Government's Motion to Dismiss the Motion to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody pursuant to 28 U.S.C. § 2255 filed by petitioner Salvador Delrio ("Petitioner"),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Petitioner's Motion is denied and this action is dismissed with prejudice.

DATED: April 5, 2022

                                                      Percy Anderson<br>                                      UNITED STATES DISTRICT JUDGE